THE PEOPLE OF THE STATE OF NEW YORK ex rel. HIRAM H. MILLER, Respondent, *v.* WILLIAM C. ELMENDORF, Mayor of the City of Ithaca, Appellant.

Reported below, 51 App. Div. 173.
(Submitted December 17, 1900; decided December 21, 1900.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 30, 1900, setting aside the proceedings of the defendant herein dismissing the relator from the police force of the city of Ithaca and reinstating said relator therein.

The motion was made upon the ground that the appellant has, since taking the appeal, obtained from the Appellate Division an order for a reargument, and that the cause was reargued pursuant to such order.

*F. E. Tibbetts* for motion.

*Edward J. Mone* opposed.

Motion denied, without costs or prejudice.